741 A.2d 194

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Paul Aaron PLETCHER, Appellee.**

Supreme Court of Pennsylvania.

Argued Nov. 17, 1999.

Decided Dec. 10, 1999.

Jonelle Harter, Executive Deputy Prosecutor, Timothy J. Barker, Deputy Prosecutor, District Attorney's Office, for Com.

David J. Foster, Costopoulos, Foster & Fields, Lemoyne, for Paul Aaron Pletcher.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.